1  Bruce M. Thornton, Esq. (SBN 72933)
   GEMMILL, THORNTON & BALDRIDGE, LLP
2  5670 Wilshire Boulevard, Suite 1500
   Los Angeles, California 90036
3  Telephone:  (323) 931-1093
   Facsimile:   (323) 931-1095
4
   Attorneys for Petitioner
5  HOME BUYERS WARRANTY CORPORATION

**FILED**

FEB 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME BUYERS WARRANTY CORPORATION,<br><br>            Petitioner,<br><br>vs.<br><br>CESAR MARIN and LOURDES MARIN,<br><br>            Respondents. | CASE NO.: 1:07-CV-01678-AWI-GSA<br><br>NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

No Defendant/Respondent has made an appearance in this action. Accordingly, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and on the basis of a Stipulation filed in *Cesar Marin, et al. v. Workman Brothers Development Co., Inc., et. al.*, Fresno County Superior Court Case No. 07CECG03269 AMC (a true and correct copy of which is attached hereto as Exhibit A), Plaintiff/Petitioner Home Buyers Warranty Corporation herein dismisses its Complaint/Petition to Compel Arbitration and Stay State Action without prejudice.

DATED: January 31, 2008            GEMMILL, THORNTON & BALDRIDGE

By: _____
    BRUCE M. THORNTON
    Attorneys for Petitioner HOME BUYERS WARRANTY CORPORATION

It is so Ordered. Dated: 2-1-08

_____
United States District Judge

1
NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

**EXHIBIT A**

1  Bruce M. Thornton, Esq. (SBN 72933)
   Carlos V. Yguico, Esq. (SBN 132180)
2  GEMMILL, THORNTON & BALDRIDGE, LLP
   5670 Wilshire Boulevard, Suite 1500
3  Los Angeles, California 90036
   Telephone:   (323) 931-1093
4  Facsimile:   (323) 931-1095

5  Attorneys for Defendant
   HOME BUYERS WARRANTY CORPORATION

6

7

8                   SUPERIOR COURT OF CALIFORNIA

9                        COUNTY OF FRESNO

10

11  CESAR MARIN and LOURDES MARIN,  )  Case No. 07CECG03269 AMC
                                    )
12              Plaintiffs,         )  Complaint filed:  08/06/03
                                    )
13  vs.                             )  Case Assigned To:
                                    )     Hon. Adolfo M. Corona
14  WORKMAN BROTHERS                )     Department 52
    DEVELOPMENT CO., INC., a California )
15  Corporation; HOME BUYERS        )  STIPULATION TO ARBITRATE ALL
    WARRANTY CORPORATION dba in     )  CLAIMS AND STAY ACTION
16  California as 2-10 HOME BUYERS  )
    WARRANTY CORPORATION; and       )  Discovery Cut-off:  N/A
17  DOES 1 through 300, inclusive,  )  Motion Cut-off:     N/A
                                    )  Trial Date:         None
18              Defendants.         )
                                    )

19

20

21         The undersigned, Plaintiffs Cesar Marin and Lourdes Marin, Defendant Workman

22  Brothers Development Company, and Defendant Home Buyers Warranty Corporation, hereby

23  stipulate as follows:

24         1.     All claims of Plaintiffs pleaded in their Complaint herein shall be submitted to

25  binding arbitration pursuant to and accordance with the arbitration agreement contained in the

26  HBW Warranty attached as Exhibit "B" to Plaintiffs' Complaint.

27         2.     Said arbitration shall be conducted by Construction Arbitration Services, Inc., in

28  accordance with its applicable arbitration rules.

1

Case 1:07-cv-01678-AWI-GSA   Document 16   Filed 02/01/08   Page 4 of 6
Case 1:07-cv-01678-AWI-GSA   Document 14   Filed 01/31/2008   Page 4 of 6
JAN-14-2008(MON) 16:29    Mid Valley Financial            (FAX)559 299 5305        P. 003/003

3. The parties shall request the Court to stay further proceedings in this action pending conclusion of the arbitration proceeding.

DATED: December 18, 2007

MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO

By: _____
CHARLES A. LEATH
Attorneys for Plaintiffs CESAR MARIN and LOURDES MARIN

DATED: December 23, 2007

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH

By: _____
KURT F. VOTE
Attorneys for Defendant WORKMAN BROTHERS DEVELOPMENT COMPANY

DATED: Jan 28, 2007

GEMMILL, THORNTON & BALDRIDGE

By: _____
BRUCE M. THORNTON
CARLOS V. YGUICO
Attorneys for Defendant HOME BUYERS WARRANTY CORPORATION

2

STIPULATION TO ARBITRATE ALL CLAIMS AND STAY ACTION

1                                    **PROOF OF SERVICE**

2   STATE OF CALIFORNIA        )
                               )
3   COUNTY OF LOS ANGELES      )

4       I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 5670 Wilshire Boulevard, Suite 1500, Los Angeles, California 90036.

5

    On **January 31, 2008**, I served the foregoing document described as: **NOTICE OF DISMISSAL PURSUANT
6   TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** on all interested parties of record in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

7
                                **SEE ATTACHED SERVICE LIST**
8

9   ☐   **BY FACSIMILE:** The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

10

☒   **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing.
11   Under that practice, mail would be deposited with the United States postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion
12   of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

13

☐   **BY OVERNIGHT DELIVERY:** I deposited such envelope in a box or facility regularly maintained by the
14   express service carrier in an envelope or package designated by the express service carrier with delivery fees provided for.

15

☒   **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and
16   correct.

17  ☐   **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

18

Executed this 31st day of **January, 2008**, at Los Angeles, California.

19

20                                                            _Silvia Zorzoli Harold_
                                                              SILVIA ZORZOLI HAROLD, Declarant
21

22

23

24

25

26

27

28

**SERVICE LIST**

Cesar Marin
1811 Zozaya Street
Firebaugh, California 93622

Lourdes Marin
1811 Zozaya Street
Firebaugh, California 93622

**COURTESY COPIES:**

Charles A. Leath, Esq.
ROOT & LINDER
1300 W Shaw Ave Ste 3A
Fresno CA 93711
Tel. (559) 244-0740 / Fax. (559) 244-0741
*Attys for Cesar Marin and Lourdes Marin*
Fresno County Superior Court Case No. 07CECG032699 AMC

Kurt F. Vote, Esq.
MCCORMICK BARSTOW SHEPPARD
WAYTE & CARRUTH
5 River Park Pl E
Fresno CA 93720
Tel. (559) 433-1300/Fax. (559) 433-2300
*Attys for Defendant Workman Bros. Dev. Co., Inc.*
Fresno County Superior Court Case No. 07CECG032699 AMC